UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/09
```

NURIT KALDERON,

                              Plaintiff,

          -v-

ROBERT FINKELSTEIN, *et al.*,

                              Defendants.

No. 08 Civ. 9440 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of two letters from Defendants, one dated May 8, 2009 and one dated May 11, 2009, and a letter from Plaintiff, dated May 11, 2009. The Court hereby ORDERS Plaintiff to provide the Court with copies of (1) the Amended Complaint and the Second Amended Complaint, as required by my Individual Practices, Rule 2.C, and (2) a black-lined version of the Second Amended Complaint, indicating the changes made to the Amended Complaint. These documents should be provided to the Court forthwith, and should be *received* by the Court no later than Friday, May 15, 2009.

SO ORDERED.

Dated:     May 11, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE