UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09
```

NURIT KALDERON,

                    Plaintiff,

        -v-

ROBERT FINKELSTEIN, *et al.*,

                    Defendants.

No. 08 Civ. 9440 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

        The Court hereby modifies the briefing schedule set forth in its previous order, dated

April 15, 2009, as follows:

        Defendants shall file their motions no later than June 12, 2009. The memorandum
        accompanying Defendants' motions may not exceed thirty pages in length.

        Plaintiff's opposition to Defendants' motions, and Plaintiff's cross-motion for summary
        judgment, shall be filed no later than July 24, 2009. The combined memorandum
        accompanying Plaintiff's opposition and cross-motion may not exceed thirty pages in
        length.

        Defendants' reply brief, and opposition to Plaintiff's motion for summary judgment, shall
        be filed no later than August 14, 2009. The combined memorandum accompanying
        Defendants' reply and opposition may not exceed twenty pages in length.

        Plaintiff's reply brief shall be filed no later than September 4, 2009. The brief may not
        exceed fifteen pages in length.

SO ORDERED.

Dated:        May 15, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE